**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO MARTINEZ, | )    NO. CV 09-4821 SVW (FMO) |
| Petitioner, | ) |
| | ) |
| v. | )    **JUDGMENT** |
| | ) |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 12, 2009.

 

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE